UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Rock, Paper, Scissors LLC,   Case No. 8:10-bk-29043-CED
                             Chapter 11
   Debtor.
_____/

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

The application of **ROCK, PAPER, SCISSORS LLC**, respectfully represents:

1. The Debtor has filed a voluntary petition under Chapter 11 of the Bankruptcy Code on December 2, 2010.

2. The Debtor has selected R. John Cole, II, Esquire, and the lawfirm of R. John Cole, II, & Associates, P.A., for the reason that he and they have had much experience in matters of this character and believes that he is well qualified to represent it in this proceeding.

3. The professional services that said R. John Cole, II, Esquire, is to render include:

    (a) to give legal advise with respect to the Debtor's duties and powers in this case;

    (b) to assist in the investigation of the conduct, assets, liabilities, and financial condition of the Debtor, the operation of the Debtor's business and the desirability of the continuance of such business, and any other matters relevant to the case as to the formulation of a plan;

    (c) to participate in the formulation of a plan;

    (d) to assist in requesting the appointment of a trustee or examiner, should such action become necessary;

    (e) to perform such other legal services as may be required and in the interest of the Debtor.

4. R. John Cole, II, Esquire, represents no other entity in connection with this case, and

review of my records, index system, and personal knowledge.

4. My client and adverse party conflict check index system is comprised of records regularly maintained in the course of my business, and it is my regular practice to make and maintain these records. It reflects entries that are noted in the system at the time the information becomes known by persons whose regular duties include recording and monitoring information. I am one of the persons who keep this system up-to-date, and I regularly use and rely upon the information contained in the system in my practice of law.

5. Neither my associates nor I have previously represented the Debtor nor do I have any financial relationship with the Debtor that pre-dates this bankruptcy filing, except that I have spoken with the Debtor's Managing Member prior to the filing of the case to discuss the filing of a Chapter 11 bankruptcy.

6. Neither my associates nor I were paid in connection with any prior representation for pre-petition services. I am not owed any monies for pre-petition services.

7. Neither my associates nor I hold any direct or indirect equity interest in the Debtor [including stock, stock warrants, a partnership interest in a debtor partnership] nor do I have a right to acquire such an interest.

8. Neither my associates nor I have served as an officer, director, or employee of the Debtor at any time before the petition.

9. Neither my associates nor I are in control of the Debtor, nor am I a relative of a general partner, director, officer or person in control of the Debtor.

10. Neither my associates nor I have served as an officer, director, or employee of a financial advisor that has been engaged by the Debtor in connection with the offer, sale, or issuance of a security of the Debtor, within two years before the filing of the petition.

11. Neither my associates nor I have represented a financial advisor of the Debtor in

connection with the offer, sale, or issuance of a security of the Debtor within three years before the filing of the petition.

12. Neither my associates nor I presently represent a creditor, general partner, lessor, lessee, party to an executory contract of the Debtor, or person otherwise adverse or potentially adverse to the Debtor or estate, on any matter, whether such representation is related or unrelated to the Debtor or the estate, except: NONE.

13. Neither my associates nor I have previously represented a creditor, general partner, lessor, lessee, party to an executory contract, or person who is otherwise adverse or potentially adverse to the Debtor or the estate, on any matter substantially related to the bankruptcy case, except as set forth above.

14. Neither my associates nor I represent an insider of the Debtor or the Debtor's parent, subsidiary, or other affiliate.

15. Neither my associates nor I have been paid fees pre-petition or hold a security interest, guarantee or other assurance of compensation for services performed and to be performed in the case, except that I have received a retainer of $15,000.00 for services to be rendered in this case. I have also received a cash deposit of $1,039.00 to act as the filing fee for this case. Said filing fee was paid by the Debtor. I have agreed to represent the Debtor at an hourly rate of $400.00, subject to Court review and approval. Senior associates will participate in the case as needed at an hourly rate of $250.00, junior associates at the rate of $200.00 per hour and paralegal services will be billed at the hourly rate of $110.00.

16. There is no agreement of any nature as to the sharing of any compensation to be paid to me.

17. Neither my associates nor I have any other connection with the Debtor, creditors, United States Trustee, or any employee of that office, or any other parties in interest.

18. We have no other interest, direct or indirect, that may be affected by the proposed representation.

19. This concludes my affidavit.

_____
R. JOHN COLE, II, ESQUIRE

Sworn to and subscribed before me this 7th day of December, 2010, by R. JOHN COLE, II, ESQUIRE who is (personally known) or produced _____ as identification.

_____
Notary Public

My Commission Expires:


COURTNEY J. ARON
MY COMMISSION # DD 906935
EXPIRES: July 17, 2013
Bonded Thru Notary Public Underwriters

_Courtney J. Aron_
Print Name

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by either electronic submission or U.S. Mail on this the 7th day of December, 2010 to the following:

The Office of the U.S. Trustee
501 East Polk Street, Suite 1200
Tampa, Florida 33602

R. JOHN COLE, II, & ASSOCIATES, P.A.

_____
R. JOHN COLE, II, ESQUIRE
46 N. Washington Blvd., Suite 24
Sarasota, FL 34236
(941) 365-4055
(941) 365-4219 (FAX)
Email: Rjc@rjcolelaw.com
ATTORNEY FOR DEBTOR
Florida Bar No. 191364